UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETH D.,[1]<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY, Commissioner of Social Security,[2]<br><br>　　　　　　　　　Defendant. | Case No.: 22cv2051-LL-JLB<br><br>**ORDER:**<br>**(1) ADOPTING REPORT AND RECOMMENDATION;**<br>**(2) REVERSING DECISION OF THE COMMISSIONER; and**<br>**(3) REMANDING ACTION FOR FURTHER PROCEEDINGS**<br><br>**[ECF Nos. 16, 20]** |

　　　Plaintiff Seth D. filed a complaint seeking judicial review of a decision by the Commissioner of Social Security (the "Commissioner") on December 27, 2022 [ECF No. 1] and amended that complaint on January 3, 2023 [ECF No. 5]. On May 10, 2023, Plaintiff

---

[1] The undersigned identifies Plaintiff by their first name and last initial to protect their privacy. *See* S.D. Cal. CivLR 7.1.e.6.b.

[2] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley is substituted for Kilolo Kijakazi as the Defendant in this suit. No further action need be taken to continue this suit. *See* 42 U.S.C. § 405(g).

1

filed his merits brief, contending that the Commissioner's decision should be reversed. ECF No. 16.

On December 15, 2023, Magistrate Judge Jill L. Burkhardt issued a Report and Recommendation ("R&R"), recommending that the Court reverse the decision of the Commissioner and remand this action to the Social Security Administration for further administrative proceedings. ECF No. 20. The R&R ordered that any objections were to be filed no later than December 29, 2023. *See id.* at 33. To date, no objection has been filed, nor has there been a request for additional time to file an objection.

As set forth by 28 U.S.C. § 636(b) and Rule 72(b) of the Federal Rules of Civil Procedure, a district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment. The district court need not conduct a de novo review of any findings and recommendations to which no objections are filed. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("Neither the Constitution nor the [Federal Magistrates Act] requires a district judge to review, de novo, findings and recommendations that the parties themselves accept as correct.").

In the instant case, no party has filed an objection to the R&R, and the Court further finds that it is thorough, well-reasoned, and contains no clear error. Accordingly, the Court hereby: (1) **ADOPTS** Magistrate Judge Jill L. Burkhardt's Report and Recommendation [ECF No. 20] in its entirety; (2) **REVERSES** the decision of the Commissioner denying benefits to Plaintiff; and (3) **REMANDS** the case back to the Commissioner for further review pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED**.

Dated:  January 11, 2024

Honorable Linda Lopez
United States District Judge